UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

UNITED STATES OF AMERICA                    CASE NO. 24-cr-00229-01

VERSUS                                       JUDGE S. MAURICE HICKS, JR.

DWAYNE RONQUILLO (01)                        MAGISTRATE JUDGE HORNSBY

**REPORT AND RECOMMENDATION**

Upon the request of the District Judge, and with the written and oral consent of Defendant, this matter came before the undersigned U.S. Magistrate Judge on November 22, 2024, for administration of a felony guilty plea under Rule 11 of the Federal Rules of Criminal Procedure. Defendant was present with counsel, Devin Todd Jones.

After the hearing, it is the finding of the undersigned that: (1) Defendant is fully competent to enter this guilty plea; (2) the plea agreement was properly signed and filed; (3) Defendant freely and voluntarily waived his right to a grand jury indictment; (4) Defendant entered a guilty plea to Count One of the Bill of Information, with a full understanding of the nature of the charge and the maximum penalties; (5) Defendant made a knowing and voluntary waiver of the right to a jury trial with the full assistance of counsel; and (6) the guilty plea is fully supported by the factual basis for each of the essential elements of the offense. Both the Government and Defendant waived their right to object to this Report and Recommendation. Accordingly,

It is recommended that the District Judge accept the guilty plea of Defendant in accordance with the terms of the plea agreement filed in the record of these proceedings,

and that Defendant be adjudged guilty of the offense charged in Count One of the Bill of Information.

It is further recommended that, pursuant to the parties' waiver of their right to object, that the District Judge immediately adopt this Report and Recommendation without passage of the customary delays.

THUS DONE AND SIGNED in Shreveport, Louisiana, this 2nd day of July, 2025.

Mark L. Hornsby
U.S. Magistrate Judge